170 So. 919

**JEFFERSON COUNTY v. Charles R. CRAN-FORD, Jr., et al.**

6 Div. 41.

Supreme Court of Alabama.

Nov. 27, 1936.

Ernest Matthews, of Birmingham, for appellant.

Pennington & Tweedy, of Jasper, and Harsh, Harsh & Hare, of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed.

170 So. 920

**B. JOINER v. CITY OF HOMEWOOD.**

6 Div. 861.

Supreme Court of Alabama.

Nov. 27, 1936.

PER CURIAM.

Appeal dismissed for want of prosecution.

169 So. 903

**George LEE et al. v. Willard TRAMMELL, Adm'r.**

7 Div. 360.

Supreme Court of Alabama.

May 28, 1936.

E. G. Pilcher and Otto Zerwick, both of Gadsden, for appellants.

Thos. H. Stephens, O. R. Hood, and Roger C. Suttle, all of Gadsden, for appellee.

PER CURIAM.

Appeal dismissed.

171 So. 920

**Harris C. McCLELLAND v. Nellie P. McCLELLAND.**

6 Div. 916.

Supreme Court of Alabama.

Dec. 1, 1936.

PER CURIAM.

Appeal dismissed for want of prosecution.

169 So. 903

**W. O. MacMAHON v. BOARD OF COM-MISSIONERS, CITY OF MOBILE.**

I Div. 931.

Supreme Court of Alabama.

July 13, 1936.

C. R. Shannon, of Mobile, for appellant.

Harry Seale and Robt. H. Smith, both of Mobile, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

170 So. 919

**Gus NAKOS, claimant One Reo Speed Wagon Truck, v. STATE.**

6 Div. 842.

Supreme Court of Alabama.

Nov. 27, 1936.

Taylor & Higgins, of Birmingham, for appellant.

Geo. Lewis Bailes, Solicitor, of Birmingham, for the State.

PER CURIAM.

Appeal dismissed.